WILBUR SHINN v. ERNEST O. SPOHN.

No. 13,082.   (72 Pac. 1101.)

Error from Sedgwick district court ; D. M. DALE, judge. Opinion filed April 11, 1903.   Affirmed.

*J. A. Brubacher*, for plaintiff in error.

*Thomas B. Wall*, and *S. W. Shattuck, jr.*, for defendant in error.

*Per Curiam :* We have examined the record on the several points of error assigned, and conclude that the case was tried fairly.   No error appears affecting the substantial rights of the defendant below.   The instructions respecting the right to recover exemplary damages were in accordance with the decisions of this court.   The evidence of good faith on the part of Shinn was properly held to go in mitigation of punitive damages only.   ( *Garnier v. Squires*, 62 Kan. 321, 62 Pac. 1005.)

The judgment of the district court will be affirmed.

---

PETER EVERHARDY v. H. W. WULFEKUHLER, ETC.

No. 13,084.   (72 Pac. 1099.)

Error from Leavenworth district court; J. H. GILLPAT-RICK, judge.   Opinion filed April 11, 1903.   Affirmed.

*F. P. Fitzwilliam*, and *C. R. Middleton*, for plaintiff in error.

*Atwood & Hooper*, and *J. H. Wendorff*, for defendant in error.

*Per Curiam:* This was an application to interplead in in a garnishment proceeding.   It appears that when the application was made all litigated questions between the original parties had been fully adjusted and settled, and there were no questions pending.   The application to interplead was refused.   In this we discover no error.

The judgment is affirmed.